**FILED**

Jeffrey A. Apperson, Clerk

NOV 1 4 2006

U.S. DISTRICT COURT
WEST'N DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CRIMINAL ACTION NO.   4:05CR-42-M

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.

SARA B. STEVENS                                             DEFENDANT

## JURY INSTRUCTIONS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

These instructions will be in three parts: first, general rules that define and control
your duties as jurors; second, the rules of law that you must apply in deciding whether the
Government has proven its case; and third, some rules for your deliberations.  A copy of
these instructions will be available for you in the jury room.

### I.  GENERAL RULES CONCERNING JURY DUTIES

It is your duty to find the facts from all the evidence in the case.  You must apply the
law to those facts.  You must follow the law I give to you whether you agree with it or not.
And you must not be influenced by any personal likes or dislikes, opinions, prejudices or
sympathy.  That means that you must decide the case solely on the evidence before you and
according to the law, as you gave your oaths to do at the beginning of this case.

In following my instructions, you must follow all of them and not single out some and
ignore others; they are all equally important.  And you must not read into these instructions,
or into anything I may have said or done, any suggestion as to what verdict you should return
-- that is a matter entirely for you to decide.

The lawyers may refer to some of the governing rules of law in their arguments. However, if any differences appear to you between the law as stated by the lawyers and what I state in these instructions, you are to be governed solely by my instructions.

## BURDEN OF PROOF

The defendant is presumed innocent. The presumption of innocence remains with her unless the government presents evidence that overcomes the presumption and convinces you beyond a reasonable doubt that she is guilty. The defendant has no obligation to present any evidence at all or to prove to you in any way that she is innocent. You must find the defendant not guilty unless the government convinces you beyond a reasonable doubt that she is guilty.

The government must prove every element of the crimes charged beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a doubt based on reason and common sense. It may arise from the evidence, the lack of evidence, or the nature of the evidence. Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely on it in making the most important decisions in your own lives. If you are convinced that the government has proved the defendant guilty beyond a reasonable doubt, then say so by returning a guilty verdict. If you are not convinced, then say so by returning a not guilty verdict.

## EVIDENCE

The evidence from which you are to decide what the facts are consists of (1) the sworn testimony of witnesses both on direct and cross-examination, regardless of who called the witness; (2) the exhibits that have been received into evidence; and (3) any facts to which the lawyers have agreed or stipulated to or that have been judicially noticed.

2

## WHAT IS NOT EVIDENCE

You must remember that the indictment is not evidence of any guilt.  It is simply the formal way the government tells the defendant what crime she is accused of committing.  It does not even raise any suspicion of guilt and you may not consider it as such.  Furthermore, the following things are not evidence and you may not consider them in deciding what the facts are:

1)    Arguments and statements by lawyers are not evidence;

2)    Questions and objections by lawyers are not evidence;

3)    Testimony I have instructed you to disregard is not evidence; and,

4)    Anything you may have seen or heard when the Court was not in session is not evidence.

## STATE OF MIND

Next, I want to explain something about proving a defendant's state of mind.

Ordinarily, there is no way that a defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

But a defendant's state of mind can be proved indirectly from the surrounding circumstances.  This includes things like what the defendant said, what the defendant did, how the defendant acted, and any other facts or circumstances in evidence that show what was in the defendant's mind.

You may also consider the natural and probable results of any acts that the defendant knowingly did, and whether it is reasonable to conclude that the defendant intended those results.  This, of course, is all for you to decide.

## DIRECT AND CIRCUMSTANTIAL EVIDENCE

There are two kinds of evidence: direct and circumstantial.  Direct evidence is direct

3

proof of a fact, such as testimony of an eyewitness. Circumstantial evidence is indirect evidence, that is, proof of a fact or chain of facts from which you could draw the inference, by reason and common sense, that another fact exists, even though it has not been proven directly. You are entitled to consider both kinds of evidence. The law permits you to give equal weight to both, but it is for you to decide how much weight to give to any evidence.

## CREDIBILITY OF WITNESSES

In deciding what the facts are, you must consider all of the evidence. In doing this, you must decide which testimony to believe and which testimony not to believe. You may disbelieve all or any part of any witness's testimony. You might want to take into consideration such factors as the witnesses' conduct and demeanor while testifying; their apparent fairness or any bias or prejudice they may have; any interest you may discern that they may have in the outcome of the case; their opportunities for seeing and knowing the things about which they have testified; the reasonableness or unreasonableness of the events that they have related to you in their testimony; and any other facts or circumstances disclosed by the evidence that tend to corroborate or contradict their versions of the events.

In deciding whether to believe a witness, keep in mind that people sometimes forget things. You need to consider, therefore, whether a contradiction is an innocent lapse of memory or an intentional falsehood, and that may depend on whether it has to do with an important fact or with only a small detail.

The weight of the evidence presented by each side does not necessarily depend on the number of witnesses testifying on one side or the other. You must consider all the evidence in the case, and you may decide that the testimony of a smaller number of witnesses on one side has greater weight than that of a larger number on the other or vice versa.

All of these are matters for you to consider in deciding the facts.

## OPINION EVIDENCE, EXPERT WITNESSES

You have heard testimony from persons described as experts. Persons who, by education and experience, have become experts in some field may state their opinion on matters in that field and may also state their reasons for the opinion.

Expert opinion testimony should be judged like any other testimony. You may accept it or reject it, and give it as much weight as you think it deserves, considering the witness's education and experience, the reasons given for the opinion, and all the other evidence in the case.

## TESTIMONY OF DEFENDANT

You have heard the defendant testify. Earlier, I talked to you about the "credibility" or the "believability" of the witnesses. And I suggested some things for you to consider in evaluating each witness's testimony. You should consider those same things in evaluating the defendant's testimony.

I will now explain the elements of the crimes that the Defendant is accused of committing.

## II. RULES OF LAW

## INSTRUCTION NO. 1

### Counts 1 - 4 – Embezzlement or Conversion Concerning a Program Receiving Federal Funds

Count 1 of the Indictment charges that in the calendar year of 2001, the Defendant, Sara Stevens, committed the crime of embezzlement or conversion concerning a program receiving Federal funds in the Western District of Kentucky in violation of 18 U.S.C. § 666(a). Count 2 of the Indictment charges that in the calendar year of 2002, the Defendant, Sara Stevens, committed the crime of embezzlement or conversion concerning a program receiving Federal funds in the Western District of Kentucky in violation of 18 U.S.C. § 666(a). Count 3 of the Indictment charges that in the calendar year of 2003, the Defendant, Sara Stevens, committed the crime of embezzlement or conversion concerning a program receiving Federal funds in the Western District of Kentucky in violation of 18 U.S.C. § 666(a). Counts 4 of the Indictment charges that from January 1, 2004 through April 30, 2004, the Defendant, Sara Stevens, committed the crime of embezzlement or conversion concerning a program receiving Federal funds in the Western District of Kentucky in violation of 18 U.S.C. § 666(a).

For you to find the defendant guilty of the crime of embezzlement or conversion concerning a program receiving Federal funds, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

**First,** that the defendant was an employee of the City of Providence;

**Second,** that during the respective dates alleged in the indictment, the defendant embezzled or converted property of a value of $5,000 or more;

**Third,** that the embezzled or converted property was owned by or under the care of

the City of Providence; **and**

**Fourth**, that the City of Providence received benefits in excess of $10,000 in the one-year period beginning January 1, 2001 for Count 1, January 1, 2002 for Count 2, January 1, 2003 for Count 3, and January 1, 2004 for Count 4 pursuant to a federal program involving a grant, contract, subsidy, loan, guarantee or insurance.

As used in this instruction, to "embezzle" means knowingly, voluntarily and intentionally to take, or to convert to one's own use, the property of another which came into the defendant's possession lawfully.

"Conversion" means the deliberate taking or retaining of the money or property of another with the intent to deprive the owner of its use or benefit either temporarily or permanently. Conversion includes the misuse or abuse of property as well as use in an unauthorized manner or to an unauthorized extent.

If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

## INSTRUCTION NO. 2

### Count 5 – Money Laundering-Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity

Count 5 of the Indictment charges the Defendant, Sara Stevens, with engaging in a monetary transaction in violation of 18 U.S.C. § 1957 in October of 2003 in the Western District of Kentucky. For you to find the defendant guilty of this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

**First**, that the defendant knowingly engaged in a monetary transaction;

**Second**, that the monetary transaction was in property derived from specified unlawful activity;

**Third**, that the property had a value greater than $10,000;

**Fourth**, that the defendant knew that the transaction was in criminally derived property; **and**

**Fifth**, that the monetary transaction took place within the United States.

The term "monetary transaction" means the deposit, withdrawal, transfer, or exchange, in or affecting interstate or foreign commerce, of funds or a monetary instrument by, through, or to a financial institution, including a transaction involving the transfer of title to any vehicle.

"Interstate commerce" means trade, transaction, transportation or communication between any point in a state and any place outside that state or between two points within a state through a place outside the state.

The term "specified unlawful activity" means any offense under 18 U.S.C. § 666 relating to theft or embezzlement concerning programs receiving Federal funds, which is the

8

offense charged in this case in Counts 1 through 4.

The term "criminally derived property" means any property constituting, or derived from, proceeds obtained from a criminal offense.

If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

## INSTRUCTION NO. 3

### Count 6 – Money Laundering-Domestic Financial Transaction

Count 6 of the Indictment charges the Defendant, Sara Stevens, with conducting a financial transaction in violation 18 U.S.C. § 1956(a)(1)(B) in or about January of 2004, in the Western District of Kentucky.  For you to find the defendant guilty of this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

**First**, that the defendant conducted a financial transaction;

**Second**, that the financial transaction involved property that represented the proceeds of specified unlawful activity, in this case theft of funds from the City of Providence;

**Third**, that the defendant knew that the property involved in the financial transaction represented the proceeds from some form of unlawful activity; **and**

**Fourth**, that the defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature, source, ownership, or control of the proceeds of specified unlawful activity, in this case the theft of funds from the City of Providence.

The term "financial transaction" means (A) a transaction which in any way or degree affects interstate or foreign commerce (i) involving the movement of funds by wire or other means or (ii) involving one or more monetary instruments, or (iii) involving the transfer of title to any real property, vehicle, vessel, or aircraft, or (B) a transaction involving the use of a financial institution which is engaged in, or the activities of which affect, interstate or foreign commerce in any way or degree.

"Interstate commerce" means trade, transaction, transportation or communication between any point in a state and any place outside that state or between two points within a state through a place outside the state.

10



The term "financial institution" means, among other things, an insured bank, commercial bank, or a credit union.

The word "conducts" includes initiating, concluding, or participating in initiating or concluding a transaction.

The word "proceeds" includes what is produced by or derived from unlawful activity.

The phrase "knew that the property involved in a financial transaction represents the proceeds of some form of unlawful activity" means that the defendant knew the funds involved in the transaction represented the proceeds of some form, though not necessarily which form, of activity that constitutes a felony under state or federal law.

If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

11



## INSTRUCTION NO. 4

The word "knowingly," as that term has been used from time to time in these instructions means that the acts were done voluntarily and intentionally, not because of mistake or accident.

The word "intentionally," as that term has been used from time to time in these instructions means that the acts were done deliberately and purposefully. In other words, the Defendant's acts, if any, must have been the product of his conscious objective and plan, rather than the product of a mistake, accident, or misunderstanding.



## INSTRUCTION NO. 5

### Testimony of an Accomplice

You have heard the testimony of Eric Smith.  You have also heard that he was involved in the same crime that the defendant is charged with committing.  You should consider this testimony with more caution than the testimony of other witnesses.

Do not convict the defendant based on the unsupported testimony of such a witness, standing alone, unless you believe his testimony beyond a reasonable doubt.

The fact that Eric Smith has pleaded guilty to a crime is not evidence that the Defendant is guilty, and you cannot consider this against the Defendant in any way.

13



## INSTRUCTION NO. 6

You have heard the testimony of Eric Smith. You have also heard that the government has promised him that he may face reduced criminal liability in exchange for the information provided to the government, his cooperation in the investigation, and testimony against the Defendant.

It is permissible for the government to make such a promise. But you should consider such testimony with more caution than the testimony of other witnesses. Consider whether his testimony may have been influenced by the government's promise.



## INSTRUCTION NO. 7

### Impeachment of Witness by Prior Conviction

You have heard the testimony of Eric Smith.  You have also heard that before this trial he was convicted of a crime.  This earlier conviction was brought to your attention only as one way of helping you decide how believable his testimony was.  Do not use it for any other purpose.  It is not evidence of anything else.



## INSTRUCTION NO. 8

### Character and Reputation of Defendant

You have heard testimony about the defendant's good character. You should consider this testimony, along with all the other evidence, in deciding if the government has proved beyond a reasonable doubt that she committed the crime charged.



## INSTRUCTION NO. 9

### Summaries Admitted in Evidence

During the trial you have seen counsel use a summary in the form of a chart or calculation that has been admitted in evidence.  This summary was admitted in evidence, in addition to the material it summarizes, because it may assist you in understanding the evidence that has been presented.

But the summary itself is not evidence of the material it summarizes, and is only as valid and reliable as the underlying material it summarizes.



## INSTRUCTION NO. 10

You have heard testimony that after the crime was supposed to have been committed, the defendant voluntarily and intentionally offered explanations or made statements tending to show her innocence.

If you believe that the defendant's explanations were false, then you may consider this conduct, along with all the other evidence, in deciding whether the government has proved beyond a reasonable doubt that she committed the crime charged. This conduct may indicate that she thought she was guilty and was trying to avoid punishment. On the other hand, sometimes an innocent person may offer explanations or make statements tending to show her innocence for some other reason.

18



## INSTRUCTION NO. 11

### Separate Consideration of Charges

The defendant has been charged with several crimes.  The number of charges is no evidence of guilt, and this should not influence your decision in any way.  It is your duty to separately consider the evidence that relates to each charge, and to return a separate verdict for each one.  For each charge, you must decide whether the government has presented proof beyond a reasonable doubt that the defendant is guilty of that particular charge.

Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any of the other charges.



## INSTRUCTION NO. 12

The Indictment charges that the crime occurred "on or about" a certain date. Although the government does not have to prove with certainty the exact date of the alleged offense, the government must prove that the offense was committed on a date reasonably near the date alleged.

# INSTRUCTION NO. 13

If you decide that the government has proved the Defendant guilty, then it will be my job to decide what the appropriate punishment should be.

Your job is to look at the evidence and decide if the government has proved the Defendant guilty beyond a reasonable doubt.

## III. JURY DELIBERATIONS

I come now to the last part of the instructions, the rules for your deliberations.

### UNANIMOUS VERDICT

When you retire, you will discuss the case with your fellow jurors to reach agreement if you can do so. The first order of business should be the selection of a foreperson. That person will preside over your deliberations and speak for you here in Court. Your verdict, whether it is guilty or not guilty, must be unanimous. To find the defendant guilty, every one of you must agree that the government has overcome the presumption of innocence with evidence that proves her guilt beyond a reasonable doubt. To find the defendant not guilty, every one of you must agree that the government has failed to convince you beyond a reasonable doubt. Either way, guilty or not guilty, your verdict must be unanimous.

### REACHING AGREEMENT

Each of you must decide the case for yourself, but you should do so only after you have considered all the evidence, discussed it fully with each other, and listened to the views of your fellow jurors.

Do not be afraid to change your opinion if you think you are wrong. But do not come to a decision simply because other jurors think it is right.

This case has taken a great deal of time and effort to prepare and try. There is no reason to think it could be better tried or that another jury is better qualified to decide it. Therefore, it is important that you reach a verdict if you can do so conscientiously. If it looks at some point as if you may have difficulty in reaching a unanimous verdict, you should reexamine your position to see whether you have given careful consideration and sufficient weight to the evidence that has favorably impressed the jurors who disagree with you. You should not hesitate to reconsider your views from time to time and to change them if you

22



think that is appropriate.

It is important that you attempt to return a verdict but, of course, only if each of you can do so after having made his or her own conscientious determination. Do not surrender an honest conviction as to the weight and effect of the evidence simply to reach a verdict.

### NOTES

Now I'd like to say something about the notes you may have taken during the trial. Your notes should be used only as memory aids. You should not give your notes precedence over your independent recollection of the evidence. If you have not taken notes, you should rely upon your independent recollection of the proceeding, and you should not be unduly influenced by the notes of other jurors.

Notes are not entitled to any greater weight than the memory or impression of each juror as to what the testimony may have been. Whether you have used notes or not, each of you must form and express your own opinion of the facts of the case.

You'll notice that we do have an official court reporter making a record of the trial. However, we will not have a typewritten transcript from the record available for your use in reaching a decision in this case.

### RETURN OF VERDICT FORM

After you have reached unanimous agreement on a verdict, your foreperson will fill in the verdict form that has been given to you and advise the Marshal outside your door that you are ready to return to the courtroom. After you return to the courtroom, your foreperson will deliver the completed verdict form as directed.

### COMMUNICATION WITH THE COURT

Do not talk to the Marshal, or to me, or to anyone else, except each other, about this case. If it becomes necessary during your deliberations to communicate with me, you may



send a note through the Marshal signed by your foreperson or by one or more members of

the jury.  No member of the jury should ever attempt to communicate with me on anything

concerning the case except by a signed writing or here in open Court.  Remember that you

are not to tell anyone -- including me -- how the jury stands, numerically or otherwise, until

after you have reached a unanimous verdict or have been discharged.

